*In re* SUSAN M. SUDLER *et al.*, Minors.—(THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, *v.* JANE DU FRESNE, a/k/a JANE SUDLER *et al.*, Appellants.

(No. 73-440;

Second District (2nd Division)—June 2, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Zeitlin & Schwab, of Chicago (Lance Haddix, of counsel), for appellants.

John J. Bowman, State's Attorney, of Wheaton (Fred Gambino, Assistant State's Attorney, of counsel), for the People.

Popejoy, Nelson, Lucas & Speer, of Wheaton, for minors Susan M., David, and John Sudler.